DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT BINGHAM,

Appellant,

v.

VILLAS AT CYPRESS RUN - WEST OWNERS' ASSOCIATION, INC.,

Appellee.

No. 2D23-700

_____

April 3, 2024

Appeal from the County Court for Pinellas County; Susan Bedinghaus, Judge.

Paul H. Bowen of Paul H. Bowen, P.A., Palm Harbor, for Appellant.

Kurt T. Koehler of Cole, Scott & Kissane, P.A., Jacksonville; and Mark D. Tinker and Brandon J. Tyler of Cole, Scott & Kissane, P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.